# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00221-MR

| | |
|---|---|
| **MIGUN LIFE, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **LARRY COX, MASSAGE ENERGY,** ) | |
| **LLC, and IMMUNITY FOR LIFE, LLC,** ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiff's Response to Order to Show Cause [Doc. 8].

On December 18, 2017, the Court entered an Order directing the Plaintiff to show cause why this case should not be dismissed for failure to serve process on the Defendants within 120 days as required by Fed. R. Civ. P. 4(m). [Doc. 6]. On December 27, 2017, the Plaintiff filed a motion for the entry of default against the Defendants Massage Energy, LLC and Immunity for Life, LLC. Additionally, the Plaintiff a Response, explaining that further discovery will be required in order to determine the whereabouts of the

Defendant Larry Cox and asking for an additional 90 days to perfect service on this Defendant. [Doc. 8].

In light of the Plaintiff's Response to the Show Cause Order, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order is **DISCHARGED**, and the Plaintiff's action against the Defendants will not be dismissed at this time.

**IT IS FURTHER ORDERED** that the Plaintiff shall have 90 days from the entry of this Order within which to effectuate service upon the Defendant Larry Cox.

**IT IS SO ORDERED.**

Signed: January 8, 2018

Martin Reidinger
United States District Judge